# RECONSIDERATION DOCKET

**96–1094. State ex rel. Crabtree v. Franklin Cty. Bd. of Health.**
Franklin App. No. 96APD01–70. Reported at 77 Ohio St.3d 247, 673 N.E.2d 1281. On motion for reconsideration. Motion denied.

**96–2168. Karnes v. Karnes.**
Athens App. No. 95CA1666. Reported at 77 Ohio St.3d 1514, 674 N.E.2d 370. On motion for reconsideration. Motion denied.

**96–2180. Gentzler Tool & Die Corp. v. Green.**
Summit App. No. 17633. Reported at 77 Ohio St.3d 1514, 674 N.E.2d 370. On motion for reconsideration. Motion denied.
  MOYER, C.J., and DOUGLAS, J., dissent.

**96–2188. Barnes v. Center Assoc. Realty Corp.**
Columbiana App. No. 95CO1. Reported at 77 Ohio St.3d 1524, 674 N.E.2d 376. On motion for reconsideration. Motion denied.
  PFEIFER, J., dissents.

**96–2190. Cleveland v. Trzebuckowski.**
Cuyahoga App. No. 69478. Reported at 77 Ohio St.3d 1515, 674 N.E.2d 370. On motion for reconsideration. Motion granted; *sua sponte,* discretionary appeal allowed.
  F.E. SWEENEY and COOK, JJ., dissent.

**96–2199. Alsip v. Klosterman Baking Co.**
Hamilton App. No. C–950721. Reported at 77 Ohio St.3d 1525, 674 N.E.2d 376. On motion for reconsideration by Klosterman Baking Company, Inc., and on motion for reconsideration by Administrator, Ohio Bureau of Employment Services. Motions denied.
  LUNDBERG STRATTON, J., dissents.

**96–2203. Eitel v. Eitel.**
Pickaway App. No. 95CA11. Reported at 77 Ohio St.3d 1525, 674 N.E.2d 376. On motion for reconsideration. Motion denied.
  DOUGLAS, J., dissents.

**96–2260. Kleve v. Wenstrup.**
Hamilton App. No. C–950422. Reported at 77 Ohio St.3d 1516, 674 N.E.2d 371. On motion for reconsideration. Motion denied.

**96–2271. Snyder–Forsyth v. Forsyth.**
Clark App. No. 95CA106. Reported at 77 Ohio St.3d 1517, 674 N.E.2d 371. On motion for reconsideration. Motion denied.

**96–2292. State Farm Mut. Auto. Ins. Co. v. Reinhart.**
Seneca App. Nos. 13–94–38 and 13–94–39. Reported at 77 Ohio St.3d 1525, 674 N.E.2d 376. On motion for reconsideration. Motion denied.
  DOUGLAS and F.E. SWEENEY, JJ., dissent.

**96–2299. Walsh v. Indus. Powder Coatings, Inc.,**
Huron App. No. H–95–073. Reported at 77 Ohio St.3d 1517, 674 N.E.2d 371. On motion for reconsideration. Motion denied.
  MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
  RESNICK, J., not participating.

**96–2321. State v. Faller.**
Licking App. No. 96CA01. Reported at 77 Ohio St.3d 1518, 674 N.E.2d 371. On motion for reconsideration. Motion denied.